**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARL DEAN EDWARDS,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 3:20-cv-00716-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 100, 102, 106, 110, 111, 113, 114, 115, 116 |

On January 18, 2023, District Judge Traum dismissed this action without prejudice based on Plaintiff's failure to file a second amended complaint in compliance with her prior order. Plaintiff was expressly advised that no other documents may be filed in this closed case, and that if Plaintiff wishes to pursue his claims, he must file a complaint in a new case. (ECF No. 89.) Judgment was entered that same day. (ECF No. 90.) Plaintiff appealed. (ECF No. 93.) The appeal was dismissed for lack of jurisdiction. (ECF No. 97.)

Plaintiff subsequently filed: (1) a motion for order of default for failure to defend civil rights complaint (ECF No. 100); (2) a motion for interpleader (ECF No. 102); (3) a motion for an order to the Nevada Department of Corrections to provide e-file service to the Ninth Circuit court of appeals (ECF No. 106); (5) two motions for expedited review (ECF Nos. 110, 111); (6) an application to proceed *in forma pauperis* (ECF No. 113); (7) a proposed amended complaint (ECF No. 114); and (8) proposed summonses (ECF Nos. 115, 116).

Given that this action was dismissed without prejudice, judgment entered, and Plaintiff's subsequent appeal was dismissed for want of jurisdiction, Plaintiff's pending motions, ECF Nos. 100, 102, 106, 110, 111, and 113, are **DENIED AS MOOT**. The proposed amended complaint

(ECF No. 114) and proposed summonses (ECF Nos. 115-116) should be **STRICKEN** by the Clerk.

Plaintiff is reminded that if he seeks to pursue his claims, he must file a *new complaint* in a *new action*.

**IT IS SO ORDERED**.

Dated: July 1, 2025

_____
Craig S. Denney
United States Magistrate Judge