**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARL DEAN EDWARDS,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:20-cv-00716-ART-CSD

**Order**

Re: ECF Nos. 120, 122

Before the court are Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion to Appoint D.O.J. (ECF Nos. 120, 122.)

Given that this action was dismissed without prejudice, judgment entered, and Plaintiff's subsequent appeal was dismissed for want of jurisdiction, Plaintiff's motions (ECF Nos. 120, 122) are **DENIED AS MOOT**.

Plaintiff is reminded that if he seeks to pursue his claims, he must file a *new complaint* in a *new action*.

    **IT IS SO ORDERED**.

    DATED: June 15, 2026

Craig S. Denney
United States Magistrate Judge